# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Victoria Soboleski** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:25-cv-11856-LVP-DRG ) ) |
| **Dispo Holdings LLC** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Andrea Washington, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Dispo Holdings LLC in Oakland County, MI on July 8, 2025 at 9:26 am at 125 E 3rd St, STE 100, Rochester, MI 48307 by leaving the following documents with Matt Woozniack who as Attorney at The Private Firm is authorized by appointment or by law to receive service of process for Dispo Holdings LLC.

Summons, Civil Cover Sheet, Complaint

White Male, est. age 45-54, glasses: Y, Black hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=42.6797426,-83.1326249
Photograph: See Exhibit 1

Standard Serve 2401 South Huron Road, Kawkawlin, MI 48631 1@$175.00=$175.00
Standard Serve 125 E 3rd St, STE 100, Rochester, MI 48307 1@$121.00=$121.00
Total Cost: $296.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Andrea Washington* |
|   Oakland County  , | Signature |
|   MI   on   7/9/2025  . | Andrea Washington |
| | +1 (248) 296-4033 |



Exhibit 1a)