UNITED STATES
EASTERN DISTRICT COURT OF MICHIGAN

VICTORIA SOBOLESKI,
An Individual

      Plaintiff,                                    Case No. 2:25-cv-11856-LVP-DRG

      v.                                           Hon. Linda V. Parker

DISPO HOLDINGS LLC,
A Michigan Limited Liability Company

      Defendant.

_____

**NOTICE OF APPEARANCE FOR**
**ATTORNEY REESE SERRA OF THE PRIVATE FIRM**

    PLEASE TAKE NOTICE that Attorney Reese Serra of The Private Firm PLLC hereby enters his appearance as counsel for Defendant Dispo Holdings LLC and respectfully requests that all documents hereafter filed in this action be served upon them via the Court's Electronic Filing System.

|  |  |
|---|---|
| | Respectfully submitted, |
| | THE PRIVATE FIRM PLLC |
| Dated: July 23, 2025 | /s/ *Reese Serra* |
| | REESE SERRA (P74482) |
| | BRIAN HARRISON (P58513) |
| | MATEUSZ WOZNIAK (P78554) |
| | The Private Firm PLLC |
| | Attorneys for Defendant |
| | 125 E. Third Street, Suite 100 |
| | Rochester, MI 48307 |
| | (248) 781-4501 |
| | info@thefirm.net |

## PROOF OF SERVICE

The undersigned certifies that on July 23, 2025, a copy of the foregoing Notice of Appearance together with this *Proof of Service*, was served upon all counsel of record by E-file.

/s/ *Reese Serra*
Reese Serra (P74482)
The Private Firm