UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI,

    Plaintiff,

v

DISPO HOLDINGS, LLC,

    Defendant.

Case No. 2:25-cv-11856-LVP-DRG
Hon. Linda V. Parker

---

| | |
|---|---|
| PARONICH LAW, P.C.<br>By: Anthony I. Paronich<br>*Attorneys for Plaintiff*<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com | THE PRIVATE FIRM, PLLC<br>By: Reese Serra, Esq. (P74482)<br>    Brian D. Harrison (P58513)<br>*Attorneys for Defendant*<br>125 East Third Street<br>Rochester, Michigan 48307<br>(248) 781-4500<br>info@theprivatefirm.net<br>brian@theprivatefirm.net |

---

### DEFENDANT'S ANSWER TO COMPLAINT

NOW COME Defendant, DISPO HOLDINGS, LLC, a Michigan limited liability company in good standing ("Defendant" or "Defendant Dispo") by and through their undersigned counsel, and for their Answer to Plaintiff's Complaint against Defendant Dispo state:

**Nature of this Action**
(Plaintiff's Heading)

1. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶1 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

2. Defendant Dispo denies the allegations contained in ¶2 of Plaintiff's Complaint.

3. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶3 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

4. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶4 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

5. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶5 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

**Parties**
(Plaintiff's Heading)

6. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶6 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

7. Admitted that Defendant is an active Michigan limited liability company in good standing, assigned entity registration number 802813315.

**Factual Allegations**
(Plaintiff's Heading)

8. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶8 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

9. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶9 of Plaintiff's Complaint, and leaves Plaintiff to her strict

proofs.

10. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶10 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

11. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶11 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

12. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶12 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

13. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶13 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

14. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶14 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

15. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶15 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

16. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶16 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

17. Defendant Dispo lacks knowledge or information sufficient to form belief about

the truth of the allegation contained in ¶17 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

18. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶18 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

19. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶19 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

20. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶20 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

21. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶21 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

**Class Action Allegations**
(Plaintiff's Heading)

22. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶22 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

23. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶23 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

24. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶24 of Plaintiff's Complaint, and leaves Plaintiff to her strict

proofs.

25. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶25 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

26. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶26 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

27. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶27 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

28. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶28 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

29. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶29 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

30. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶30 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

31. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶31 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

32. Defendant Dispo lacks knowledge or information sufficient to form belief about the

truth of the allegation contained in ¶32 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

33. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶33 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

34. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶34 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

35. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶35 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

36. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶36 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

37. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶37 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

38. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶38 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

39. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶39 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

40. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶40 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

41. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶41 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

42. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶42 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

43. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶43 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

44. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶44 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

45. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶45 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

46. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶46 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

47. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶47 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

48. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶48 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

49. Defendant Dispo lacks knowledge or information sufficient to form belief about the truth of the allegation contained in ¶49 of Plaintiff's Complaint, and leaves Plaintiff to her strict proofs.

**Count I**

**Violation of 47 U.S.C. § 2279(c)(5)**
(Plaintiff's Heading)

50. Plaintiff incorporates by reference all allegations contained in this Answer as though fully set forth herein.

51. Defendant Dispo objects to the allegations contained in ¶51 of Plaintiff's Complaint as the allegations seek a legal conclusion. To the extent a response is required, Defendant Dispo neither admits nor denies the allegations set forth in ¶51 of Plaintiff's Complaint and leave Plaintiff to her strict proofs.

52. Defendant Dispo objects to the allegations contained in ¶52 of Plaintiff's Complaint as the allegations seek a legal conclusion. To the extent a response is required, Defendant Dispo neither admits nor denies the allegations set forth in ¶52 of Plaintiff's Complaint and leave Plaintiff to her strict proofs.

53. Defendant Dispo objects to the allegations contained in ¶53 of Plaintiff's Complaint as the allegations seek a legal conclusion. To the extent a response is required,

Defendant Dispo neither admits nor denies the allegations set forth in ¶53 of Plaintiff's Complaint and leave Plaintiff to her strict proofs.

54. Defendant Dispo objects to the allegations contained in ¶54 of Plaintiff's Complaint as the allegations seek a legal conclusion. To the extent a response is required, Defendant Dispo neither admits nor denies the allegations set forth in ¶54 of Plaintiff's Complaint and leave Plaintiff to her strict proofs.

55. Defendant Dispo objects to the allegations contained in ¶55 of Plaintiff's Complaint as the allegations seek a legal conclusion. To the extent a response is required, Defendant Dispo neither admits nor denies the allegations set forth in ¶55 of Plaintiff's Complaint and leave Plaintiff to her strict proofs.

56. Defendant Dispo denies the allegations contained in ¶56 of Plaintiff's Complaint.

57. Defendant Dispo denies the allegations contained in ¶57 of Plaintiff's Complaint.

58. Defendant Dispo denies the allegations contained in ¶58 of Plaintiff's Complaint.

WHEREFORE, Defendant Dispo respectfully requests that this Honorable Court deny the requested relief sought by Plaintiff in its entirety, and award Defendant Dispo its costs and attorney fees incurred as allowed by law, in addition to all other relief that this Honorable Court deems just.

Respectfully submitted,

THE PRIVATE FIRM, PLLC

Dated: August 11, 2025  /s/ *Brian D. Harrison*
Reese Serra (P74482)
Brian D. Harrison (P58513)
Attorneys for Plaintiffs
125 E Third St, Ste. 100
Rochester, MI 48307
248-781-4500

**DEFENDANT'S AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S COMPLAINT**

NOW COME Defendant, DISPO HOLDINGS, LLC, a Michigan limited liability company in good standing ("Defendant" or "Defendant Dispo") by and through their undersigned counsel, and for their Answer to Plaintiff's Complaint against Defendant Dispo state:

1. Plaintiff's claims may be barred due to prior express written consent from Plaintiff.

2. Plaintiff's claims may be barred based on lack of jurisdiction.

3. Plaintiff's claims may fail due to lack of standing.

4. Plaintiff's claims may be barred use of non-automated dialing systems.

5. Plaintiff's claims may be barred due to Defendants relationship to any telemarketing campaign was too distant to hold them liable under the TCPA.

6. Plaintiff's claims may be barred by the statutory safe harbor provisions.

7. Plaintiff's Complaint fails, in whole, or in part, to state a claim against Defendants upon which relief can be granted.

8. Plaintiff, and others in privity with it, if any, by their acts, representations, and/or omissions and those of its authorized agents, officers and employees, are estopped and/or have waived their right to some or all of the damages and relief sought.

9. Plaintiff has consented to, participated in, approved of, acquiesced in and/or ratified the acts and/or events which allegedly form the basis of the relief sought by Plaintiff.

10. Plaintiff's claims may be barred by lack of class certification.

11. The instant litigation and/or the claims asserted by Plaintiff, to the extent supported by the facts as determined through discovery, are or may be barred in whole or in part by the applicable statute of limitations, statute of repose and/or doctrines of waiver, estoppel and laches.

12. As discovery has yet to commence in this case, Defendant is unaware of any other affirmative or special defenses which may apply and therefore Defendant hereby reserves the right to raise, plead and amend its Affirmative Defenses to include any other affirmative defenses or other matters of defense, counterclaim, cross-claims, or claims against third parties, which become known to it through the course of discovery, further investigation or otherwise, or as further facts and circumstances may disclose and warrant, up to the time of trial.

Respectfully submitted,

THE PRIVATE FIRM, PLLC

Dated: August 11, 2025

/s/ *Brian D. Harrison*
Reese Serra (P74482)
Brian D. Harrison (P58513)
Attorneys for Plaintiffs
125 E Third St, Ste. 100
Rochester, MI 48307
248-781-4500

PROOF OF SERVICE
I certify that the foregoing document was served upon the

upon all parties of record via Notice of Electronic Filing (NEF) through the CM/ECF portal by PACER on 08/11/2025.

/s/ Brian D. Harrison
Brian D. Harrison (P58513)