UNITED STATES
EASTERN DISTRICT COURT OF MICHIGAN

VICTORIA SOBOLESKI,
An Individual

    Plaintiff,                              Case No. 2:25-cv-11856-LVP-DRG

    v.                                      Hon. Linda V. Parker

DISPO HOLDINGS LLC,
A Michigan Limited Liability Company

    Defendant.

_____

**NOTICE OF APPEARANCE FOR**
**ATTORNEY BRIAN HARRISON OF THE PRIVATE FIRM**

    PLEASE TAKE NOTICE that Attorney Brian Harrison of The Private Firm PLLC hereby enters his appearance as counsel for Defendant Dispo Holdings LLC and respectfully requests that all documents hereafter filed in this action be served upon them via the Court's Electronic Filing System.

                                Respectfully submitted,

                                THE PRIVATE FIRM PLLC

Dated: August 14, 2025     /s/ *Brian Harrison*
                                BRIAN HARRISON (P58513)
                                REESE SERRA (P74482)
                                MATEUSZ WOZNIAK (P78554)
                                The Private Firm PLLC
                                Attorneys for Defendant
                                125 E. Third Street, Suite 100
                                Rochester, MI 48307
                                (248) 781-4501
                                info@thefirm.net

## PROOF OF SERVICE

The undersigned certifies that on August 14, 2025, a copy of the foregoing Notice of Appearance, together with this *Proof of Service*, was served upon all counsel of record by E-file.

                                /s/ *Reese Serra*
                                Reese Serra (P74482)
                                The Private Firm