UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

     Plaintiff,

v.

DISPO HOLDINGS LLC

     Defendant.

_____/

Case No. 2:25-cv-11856-LVP-DRG

Hon. Linda V. Parker

Magistrate Judge David R. Grand

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his

appearance as local counsel on behalf of Plaintiff and the proposed class.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
1100 Owendale Drive
Suite M
Troy, MI 48083
Phone: (888) 835-2993
george@blackmore.law
*Local Counsel for Plaintiff and the
proposed class*

Dated: September 3, 2025

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 3, 2025, I electronically filed the foregoing

NOTICE OF APPEARANCE with the Court's CM/ECF system, which will

provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore

2