UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,

    Plaintiff,

                                                          Case No. 25-11856

v.                                                          Honorable Linda V. Parker

DISPO HOLDINGS LLC,

    Defendant.

_____/

## SCHEDULING ORDER (PHASE I)

| YOU WILL RECEIVE NO FURTHER NOTICE OF THESE DATES | |
|---|---|
| Rule 26(a)(1) Initial Disclosure Exchanged By: | September 3, 2025 |
| Deadline to Amend Pleadings and Joinder of Parties: | January 2, 2026 |
| Rule 26(a)(2) Expert Disclosures Exchanged By: | May 4, 2026 |
| Deadline to Request Case Evaluation:[1] | July 23, 2026 |
| Discovery Cut-off: | July 24, 2026 |
| Settlement Conference: | Referred to Magistrate Judge David R. Grand |
| Plaintiff's Motion for Class Certification Filed By: | August 17, 2026 |
| Dispositive Motion Cut-off Filed By: | August 24, 2026 |
| Jury Trial:  Yes ■  No ☐ | Estimated Length of Trial: 6 Days |

**REFER TO THE COURT'S PRACTICE GUIDELINES FOR INFORMATION RELEVANT TO THE DATES AND ACTIVITIES SET FORTH ABOVE**

      **IT IS SO ORDERED**.

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
Dated: September 4, 2025                  U.S. DISTRICT JUDGE

---

[1] The parties may submit the case to facilitation in lieu of case evaluation. A proposed stipulated order referring the case to facilitation shall be submitted to the Court via the utilities function on CM/ECF no later than this deadline.  The proposed order must identify the facilitator and the date set for facilitation. Facilitation must occur no later than August 3, 2026.