UNITED STATES
EASTERN DISTRICT COURT OF MICHIGAN

VICTORIA SOBOLESKI,
An Individual

       Plaintiff,                         Case No. 2:25-cv-11856-LVP-DRG

v.                                   Hon. Linda V. Parker

DISPO HOLDINGS LLC,
A Michigan Limited Liability Company

       Defendant.

## CERTIFICATE OF SERVICE

The undersigned states that on September 22, 2025, he did serve copies of Defendant's Responses and Objections to Plaintiff's First Interrogatories, Requests for Admissions, and Requests to Produce and this Certificate of Service by email and regular mail.

                                         Respectfully submitted,

                                         THE PRIVATE FIRM PLLC

Dated: September 22, 2025       /s/ *Brian D. Harrison*
                                         REESE SERRA (P74482)
                                         BRIAN HARRISON (P58513)
                                         MATEUSZ WOZNIAK (P78554)
                                         The Private Firm PLLC
                                         Attorneys for Defendant
                                         125 E. Third Street, Suite 100
                                         Rochester, MI 48307
                                         (248) 781-4501
                                         info@thefirm.net