**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

VICTORIA SOBOLESKI,     )
*on behalf of herself and*    )Civil Action No.: 2:25-cv-11856
*others similarly situated*,    )
            )
    Plaintiff,     )
            )Jury Trial Demanded
v.            )
            )
DISPO HOLDINGS LLC,    )
DISPOJOY LLC      )
            )
    Defendants.    )
_____)

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND**

Plaintiff, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the First Amended Class Action Complaint attached hereto as Exhibit 1. In support of this motion, Plaintiff state as follows:

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave [to amend] when justice so requires." *See Foman v. Davis,* 371 U.S. 178, 182 (1962). Leave to amend should be granted unless there is evidence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice, or futility of amendment. None of these factors are present here. The proposed amendment is timely, made in good faith, and will not prejudice Defendant, particularly as Defendant has indicated they do not oppose.

Specifically, Plaintiff took Defendant's deposition last month, during which Plaintiff learned for the first time the substantial role that DispoJoy played in the marketing campaigns at issue, including the transmission and operational control of the text messaging platform. In addition, Defendant only produced its agreement with DispoJoy last week. That agreement further confirmed DispoJoy's integral role in sending the subject messages and provided factual support for the claims

asserted against DispoJoy in the proposed amended complaint. These newly discovered facts justify amendment.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Leave to File the First Amended Class Action Complaint and accept the attached proposed complaint.

RESPECTFULLY SUBMITTED AND DATED this April 19, 2026.

_Anthony I. Paronich_
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com


_Counsel for Plaintiff and the proposed class_

2