# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, | )<br>)Civil Action No.: 2:25-cv-11856<br>) |
| Plaintiff, | )<br>)<br>)Jury Trial Demanded |
| v. | )<br>) |
| DISPO HOLDINGS LLC | )<br>)<br>) |
| Defendant. | )<br>) |
| _____ | ) |

## STIPULATED ORDER GRANTING PLAINTIFF'S
## <u>UNOPPOSED MOTION TO AMEND COMPLAINT</u>

This matter having come before the Court on Plaintiff's Unopposed Motion to Amend the Complaint, and the parties having stipulated and agreed to the relief requested;

IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff shall file the First Amended Class Action Complaint, in the form attached as Exhibit 1 to the Motion, within 7 days of the entry of this Order.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 20, 2026

**STIPULATED AND AGREED TO:**

> *Anthony I. Paronich*
> Anthony I. Paronich
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> Fax: (508) 318-8100
> anthony@paronichlaw.com
>
>
> *Counsel for Plaintiff and the proposed class*
>
>
> */s/ Brian D. Harrison*
> Brian D. Harrison
> The Private Firm
> Direct: 248.781.4510
> Email: brian@thefirm.net
> Website: www.thefirm.net
> Address: 125 E. 3rd Street, Ste. 100, Rochester, MI 48307
> *Counsel for Defendant*

2