# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | |
|---|---|
| **Victoria Soboleski** <br><br> *Plaintiff* <br><br> v. <br><br> **Dispo Holdings LLC et al.** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-11856-LVP-<br> ) DRG <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF NONSERVICE

I, Minotchka Smith, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve DispoJoy LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: May 15, 2026 6:12 pm
Address: 2518 NW 95th St, Seattle, WA 98117-2835
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=47.6979783333,-122.38935
Description of attempt: No contact was made at the service address, and no relevant details were observed during this attempt. No additional contacts were made.

Serve Attempt #2
Date / Time: May 16, 2026 9:09 am
Address: 2518 NW 95th St, Seattle, WA 98117-2835
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=47.69793,-122.3895033333
Description of attempt: No contact was made at the service address. Observed movement and voices were heard inside, but no one answered the door. No additional contacts were made.

Serve Attempt #3

Date / Time: May 17, 2026 3:25 pm
Address: 2518 NW 95th St, Seattle, WA 98117-2835
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=47.6979216667,-122.38948
Description of attempt: No contact was made at the service address, and no relevant details were observed during this attempt. No additional contacts occurred.

Serve Attempt #4
Date / Time: May 18, 2026 12:25 pm
Address: 2518 NW 95th St, Seattle, WA 98117-2835
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=47.6979716667,-122.38948
Description of attempt: No contact was made at the service address, and no vehicles were observed at the location. No additional contacts were made. All lights were off inside the residence, and no movement or noise was observed.

Standard Serve 2518 NW 95th St, Seattle, WA 98117-2835 1@$85.00=$85.00
Expedited Serve 2518 NW 95th St, Seattle, WA 98117-2835 1@$85.00=$85.00
Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

___Snohomish County_____,

___WA_____ on ___5/18/2026_____.

/s/ *Minotchka Smith*
_____
Signature
Minotchka Smith
+1 (425) 623-3262



Exhibit 1a)



Exhibit 1b)

2518



Exhibit 2a)



Exhibit 3a)

Exhibit 4a)

